UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

CASE NUMBER: ***26-16125-CLC***

IN RE: **Edelis Samuel**
☒ Debtor(s)

**TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION**
(If this case is dismissed, this deficiency is an objection to reinstatement)

The Trustee has found the following deficiencies from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections until ALL DOCUMENTS are provided to the Trustee and ALL ISSUES ARE RESOLVED.* **See Court's Notice of Commencement, Clerk of Court website flsb.uscourts.gov, and Trustee's website CH13miami.com for information, forms, and procedures.**

**WARNING**: All written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or the agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Failure to timely provide documents may result in dismissal of this case at the confirmation hearing. If debtor's or creditor's counsel object to the Trustee's recommendation, they must pre-call with the Trustee's Staff Attorney to resolve everything **THE THURSDAY PRIOR TO THE HEARING**. A final calendar will be published with any updated recommendation the day before the hearing on the front page of the Trustee's website. **RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT:** THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED

TRUSTEE'S RECOMMENDATION FOR CONFIRMATION

LAST REVIEWED: **7/15/2026**

**Plan served 5/15**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**
**Continue to 8/25:**
**Due on or before 8/4:** 1) Explanation of debit/transfer & evidence of use: #7783 2/6 #1,000, 2) Amend Plan to include IVL, 3) Amend Plan to pay Ch 7 is $3786.79, 4) EDE Notary & Forms, LLC: Balance Sheet & Inventory, 5) Claims must be reviewed and the LF 76 filed with the Clerk within 21 days after the non-governmental claims bar date, 6) Evidence of both household size (gov ID w/ address) & income (pay advises or tax returns) of all adults disclosed on Sch J and CMI: Spouse's income not included on Schedule I or CMI (tax return has household size of 2, need tax return for all members), 7) Provide Proof of Sch. J line 6a, 6b, 6d & Objectionable #21 pet expenses, 8) Info on transfer SOFA: provide Tolling Agreement(s) 626.05 gifted to son

***** Trustee notes any Amended Plans & COS filed MUST use the new local forms, effective 6/1/26 *****

***This case may be dismissed or the Trustee may seek sanctions if payments and/or documents are not timely provided before confirmation.***

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing document was served through NEF on the debtor's attorney (or if the debtor is proceeding pro se by U.S. First Class Mail) on the same day that the document was filed with the Court.

Submitted by:

Nancy K. Neidich, Esq.
Standing Chapter 13 Trustee
P.O. Box 279806
Miramar, FL 33027

Phone: (954) 443-4402